FILED

HOMER E. CROCKETT, JR

PO BOX 70063

LOS Angeles, CALIFORNIA 90070

213-769-480

2018 FEB 20 PM 12: 30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

ATTORNEY FOR PLAINTIFF

HOMER E CROCKETT, JR (IN-PRO-PER)

FEBRUARY - 20 - 2018

LACV18  01397-DSF-SS

IN THE UNITED STATES
DISTRICT COURT "CENTRAL
DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER E, CROCKETT, JR. <br> PLAINTIFF <br><br> VS, <br><br> THE STATE OF CALIFORNIA <br> AND HON. JUDGE ELDEN FOX <br> (AIRPORT COURT HOUSE) DEPTMT #82 <br> DEFENDANTS | CASE NO # <br><br> FALSE IMPRISONMENT <br> $3,000,000 <br><br> 1. FALSE IMPRISONMENT <br> 2. MALICOUS PROSUCAT <br> 3. SEARCH AND SEIZURE <br> 4. TORT CLAIMS <br><br> JURY TRAIL DEMANDED |

COMPLAINT

COURT ONE

FALSE IMPRISONMENT

I. JURISDICTION

42 USCS 1983

Sec 925 thru 930 ,...sec... etc.

PAID

FEB 20 2018

Clerk, US District Court
COURT 4612

-1-



ORIGINAL

( CONTINUED )

## II VENUE

(2) DEFENDANT IS FOUND HERE AND THE CLAIMS AROSE HERE.

## III PARTIES

(3.) PLAINTIFF HOMER E. CROCKETT, JR IS A CITIZEN OF THE STATE OF CALIFORNIA A FORMER DETROIT POLICE RESERVE OFFICER AND WRITER.

(4.) DEFENDANT - IS THE STATE OF CALIFORNIA

(5.) DEFENDANT - THE Hon. Judge EIDEN FOX OF (AIRPORT COURTHOUSE DEPTMT #82

## IV RELEVANT FACTS

(6). THE STATE OF CALIFORNIA AND Hon. Judge ELDEN FOX (EX-Beverly HILLS COURTHOUSE (BOI) HAS ) A TORT CLAIMS THAT'S UNJUSTIFIED DENTION OF A PERSON HOMER E. CROCKETT, JR. (PLAINTIFF) IS THE WRONGFUL RECEIPT OF THOSE ONE'S AND ACT'S; HAS BEEN CUMMITED OR OMITTED OF ACT'S; IN THE PERFORMANCE OR INCONNECTION; WITH; ONE'S DUTIES (Negiligence)

Sim vs Adams 1976, CA 5 (GA) 537 F2d 829.

CEA vs ULSTER COUNTY 2004 (WD/NY, 309 F Supp 2d 32.

LIV vs. THE YELLOW CAB COMPANY 1974 (CERT) US SUPRA

(-2-)

(CONTINUED)

(7) THE STATE OF CALIFORM and Hon Judge Elden Fox Judical OFFICER presiding IN pleading and PRATICE Amitted AFFIDAVIT OF Evidence testmony OF witness desisnate OF EXPERT, Before A COURT OF Law ; Admitted IN AFFIDAVIT OF EVIDENCE IN Agrument OF PRIVAte Attorney, Los Angeles County Deputy CitY ATTORNEY at NEgiligent IN (EXAMation): ATTAchment OF Document; sworn IN TraiL! (FAlse Imprisonment)( Hon Judge Elden FOX EX Beverly Hills court (Dismissal 2011.) FAlse Imprison (LosAngelo Superior Court)ciwl EXHIBIT.

JONES VS CHICASO 1980 CA 711,85 6F2d

(8) BeFoRE THE COURT OF Insurance At JuRIS-DICTION onLY. The Circumstance ALways RE-QUIRED; BY the crime (DBfendanTS, THE STATE OF CALIFORNIA and Hon. Judge Elden FOX (EX Beverly Hills Court House Bo) DIS Honest AND THE MOTIVE Imposed uir-Ture OF PURPOSE STATEMENT AT THAT Jurious SucH (NEGILisence)(MIS REPRESENTIVE, CARELESS OR INADERTENT, fALSE Imprisonment, fAlE State-ment OF INTENTIONAL WRONgFul; A S to PARTY having ONLY IN SUCH miscellioneous IN A court oF Law,

(ConTinued)  - 3 -

-4-

(CONTINUED)

DONSEY VS. WILKING 1982 CAS AIA 462-F2d10 ez

EXHIBIT_____

(9) The STATE OF CALIFORNIA FOR THE STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE "_____ "DIRECTOR
ATTORNEY GENERAL (ESQ) AS EMPLOYEE OF CORRUPTION
OR Recruitment Process: Holding DEPUTY ATTORNEY
General and DEPUTY ATTORNEY General SUPERVISOR
ACCOUNTABLE FOR THE ACTION OF THERE'RE SUB
BORDINATES OF PERJURY OF EMPLOYMENT Corruption
PREVENTION CRIME AN VIOLENT BEHAVOIR. THEY
GENERALLY REPORT DIRECTLY TO THE ATTORNEY-
GENERAL; DEPUTY ATTORNEY GENERAL AND DEPUTY
ATTORNEY SUPERVISOR.

EXHIBIT-_____ DISMISSAL (FALSE Imprisonment)
THE STATE OF CALIFORNIA DEPARTMENT OF JUSTICE
AND Former ATTORNEY General K. HARRIS (ESQ).
LOS Angeles SUPERIOR COURT CIVIL 2011.
RANDOLL US Prince GEORGE County (2021 CA
29 md 302Fd 188

THE OFFICE "UNDER SCRUTINY" (Los Angeles +
OFFICE) UNITED STATES DEPARTMENT OF JUSTICE
HAS ACCEPT AND Follow up on those Complaint
of DEFENDANT'S - THE STATE OF CALIFORNIA AND
Hon Judge EIDEN FOX (EX Beverly Hills Court (Bol).
AS WELL THE STATE OF CALIFORNIA DEPARTMENT OF
JUSTICE OFFICE - ACT OF BAD FAITH SHOWN BY
CLEAR and Convincing EVIDENCE of False Imprison-
ment (2012) CIVIL Los Angeles Superior court
EXHIBIT_____

-4-

(CONTINUED)

PLAINTIFF (HOMER E CROCKETT, Jr. Numbers of years 2006 thru 2018. Newest Complaint Filed.

EXHIBIT _____

(0) DEFENDANT. HON. JUDGE ELDEN FOX (EX Beverly Hills Court BOI) AFFIDAVIT OF Sufficent Document bus E FORGed and work SWORN. FALSE Imprisonment — EVIDENCE. Hon Judge ELDEN FOX Presiding Judicial OFFICER CORRUPTION OR THE POTENTIAL FOR It MUST BE Address AS EARILY Recruitment Process: Holding THE STATE OF CALIFORNIA — process and procedures of Los Angeles Superior Filed of THE STATE of CALIFORNIA DEPARTMENT OF JUSTICE. ACTION THERE'RE SUBORDINATION of PERJURY Prevention OF Crime and VIOLENT Behaviors, A JOINT INVITENTIVE Between the ESSENTIAL Element, Include AMITTED TO DEFRAUD AND Implied OR EXPress FALSE TOKEN and FALSE SWOARINS. TORT ClAIMS. OF The DEFENDANTS.

EXHIBIT

(AA.) THE SUPPRESSION STATEMENT BY ALL DEFENDANT'S THE STATE of CALIFOR and Hon Judge ELDEN FOX (EX Beverly HILLS COURT BOI) SUBORNATION OF PERJURY BY the COMMISSON or OMISSION OF ACT IN PERFORMANCE FOR Inconnection and DUTIES (NEGELEYance) EXHIBIT.

(CONTINUED)

—5—

(CONTINUED)

THE STATE OF CALIFORNIA (MALICIOUS ACT) the Issurance of WARRANT UPPON OAT of AffIRMATION of Evidence obTAinment BY THE STATE CALIFORNIA and Hon Judge ELDEN FOX (DEFendant's) Beverly HILLS COURT (BOI) plays the MAJOR ROLES and LAY'S Ground WORK For CorrupTION the Rive. THE Violation OF A PERSON Right and II Amendment., "AGAINST UN Reasonable Improper "SEARCH and SEIZURE" A GUARANTED, U.S. CONSTITUTION Pleading and PRAEICE OF AFFIDAVIT STATUE OR RULE "FALSE IMPRISONMENT IN COURT Ruling Los Angeles SUPERIOR COURT (civil) 2011 and 2012

EXHIBIT ____

(13) RE THE STATE OF CALIFORNIA VS Homer E Crockett JR BVH #5A07544701. HON. Judge EIDEN FOX BOI EX Beverly HILLS COURT.

EXHIBIT ____

PRESENT AIRPORT COURT FILED DEPTMT 80 Hon Judge BROWN DEPTM(80)EX Beverly Hill COURT ~(Bo6) BVH 5A07544701 (FOX REFER) BY Homer E Crockett ~                    ~ Civil Lowsuite 07-28-11

HON. Judge ELEN FOX (BOX)(BVH)          OSC 83 An False Imprisonment Civil Case        Deptmt Dismissal                              (BO6) Los Angeles Superior Cour ~2011 civil Hon JuDGE - Jan Levine - Retirer Deptm T. #77 Ruling

EXHIBIT ____

The CONSTITUTION and Law Shall beLiable

CONTINUED

—6—

(CONTINUED)

13-

TO PARTY (AS) THE STATE OF CALIFORNIA and DEFENDANT'S HON Judge ELDEN FOX EX Beverly Hill Court (BOI) INJURED IN A ACTION AT Law FOR; BEFORE A COURT OF LAW By the Judical OFFICERS Presiding in ACTION at law that A decree Violate CAPACITY Purpose of Section 42 USCS 1983 Section 925 thu 930 .. seq.. etc. FALSE Imprisonment ACT OF Congress OATH APPlicable exclusively to the DISTRICT OF Columbia be consider to be STATUE of Territory OR THE STATE's is DISTRICT AS ISSUE, and The Court Ruling justify AS FALSE Imprisonment, before A court of law; AFFidavit of Evidence Agrument OF Private Attorney, Los Angeles County Deputy City Attorney ON Behave of THE PEOPLE of CALIFORNIA OF Document SWORN IN Trail.. Pleading of PRATICE A Mitted AFFidavit of Evidence testmony EXPERT WITNESS Agrument oral and Written document of Evidence of the State of CALIFORNIA in a court OF Law by A Presiding Judical officer HON Judge ELDEN FOX EX Beverly HILLS COURT BOI FILED send to the State of CALIFORNIA DEPART. OF JUSTICE written and oral Document SWORN

-7-

(CONTINUED) FOR A TORT CLAIM.

14. DEFENDANTS Conduction

FALSE IMPRISONMENT FOR FIRST CAUSE OF ACTION

15. FOR SECOND CAUSE OF ACTION

MALICIOUS Prosucation

16. FOR THIRD CAUSE OF ACTION

SEARCH AND SEIZURE

17. FOR FOURTH CAUSE OF ACTION

TORT CLAIM

PLAINTIFF INCORPORATION BY REFERENCE
PARGRAPHS 1-17

THE FOR GOING CONSTITUES
TORT CLAIM OF THE PLAINTIFF

ON THE FIRST CAUSE OF ACTION

1. FOR DAMAGE OF NOT LESS THEN
$3,000,000
2. INTEREST AT THE MAXIMUM RATE
$3,000,000

ON THE SECOND CAUSE OF ACTION

1. FOR DAMASE OF NOT LESS THEN
$3,000,000
2. INTEREST AT THE MAXIMUM RATE
(CONTINUED)  $3000000

-8-

(CONTINUED)

ON THE THIRD CAUSE OF ACTION

1. FOR DAMAGE OF NOT LESS THEN
$ 3,000,000

2. INTEREST AT THE MAXIMUM RATE
$ 3,000,000

ON THE FOURTH CAUSE OF ACTION

1. FOR DAMAGE OF NOT LESS THEN
$ 3,000,000

2. INTEREST AT THE MAXIMUM RATE
$ 3,000,000

PLAINTIFF DEMAND TRAIL BY JURY

DATE: FEBRUARY 20, 2018

HOMER E. CROCKETT, JR.
PO BOX 70063
LOS ANGELES, CALIFORNIA
(IN-PRO-PER) 90070

-9-

HOMER E. CROCKETT, JR.
PO BOX 70063
LOS ANGELES, CALIFORNIA 90070
(213) 769-4288
ATTORNEY FOR PLAINTIFF
HOMER E. CROCKETT, JR. (IN-PRO-PER)
FEBRUARY-20 - 2018

IN THE UNITED STATES
DISTRICT COURT " CENTRAL "
DISTRICT OF CALIFORNIA

HOMER E. CROCKETT, JR.
            PLAINTIFF

VS.

THE STATE OF CALIFORNIA

AND HON JUDGE ELDENFOX
            (AIRPORT COURTHOUSE)
                  DEFENDANTS

CASE NO #

EXHIBIT
A and B

| | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF THE STATE OF CALIFORNIA CENTRAL DISTRICT-COUNTY COURTHOUSE COUNTY OF LOS ANGELES | |

| PLAINTIFF | : CROCKETT JR, HOMER E |
|---|---|
| | VS |
| DEFENDANT | : THE STATE OF CALIFORNIA |

| ORDER OF DISMISSAL | CASE NUMBER 11K09620 |
|---|---|

In Department 77,
Honorable JAN G. LEVINE , JUDGE Presiding.

Upon the granting of the demurrer of defendant The Hon. Elden S. Fox, without leave to amend:

It is hereby ordered that the above-entitled action is dismissed as follows:

· ENTIRE ACTION - WITH PREJUDICE (AS TO DEFENDANT THE HON. ELDEN S. FOX ONLY)

Date : 11/01/11

JAN G. LEVINE

Judge of the Superior Court

ORIGINAL FILED

NOV 01 2011

LOS ANGELES
SUPERIOR COURT

*[handwritten:]* BEVERLY HILLS
Dismissal Order BOS courtroom
Judge FOX
Beverly Hills False Imprisonment
Court House 11-1-11
Bar DISMISSED DEPT #77

EXHIBIT (A)

HOMR E CROCKETT Jr
UNITED STATES
DISTRICT COURT

```
 30/11    09:29:57              COMPLAINT DISPLAY
AR0051                                                              SMC732JAS1
Case Number: 11K09620              Court: LAM          File Date:   6/08/11
 CROCKETT JR, HOMER E          VS  THE STATE OF CALIFORNIA
Nature of Action:  PINJ    Summons Issued (Y/N): Y   Prayer Amt:
Filing Fee:       370.00   P/N/W:  W   Receipt No.:             Over 10K: O

Plaintiff Atty:  CROCKETT JR, HOMER E
Atty Address  :  P O BOX 70063

                 LOS ANGELES        CA  90063 0000  Telephone#: 213-769-4288
Defendant Atty:  OVERTON, SARAH LEE     DISMISSAL   Hon Judge Fox
Atty Address  :  3801 UNVERSITY AVE #560            ATTORNEY
                 RIVERSIDE           CA  92501 0000  Telephone#: 909-276-442
*-------- --- PLAINTIFFS -------------*  *----------- DEFENDANTS ------------*
 CROCKETT JR, HOMER E                    _  THE STATE OF CALIFORNIA
                                            THE STATE OF CALIFORNIA           Y
                                         _  COUNTY OF LOS ANGELES
                                            COUNTY OF LOS ANGELES             Y
                                         _  HON JUDGE FOX BEVRLY HILL (BOL) DSM

Cmd1- EXIT     Cmd2- PREV DISP     Cmd3- CASE INQ.     Cmd4- CASE TRACKING
```

Above Case for False Imprisonment

(The STATE OF CAllFORNIA AttorneyGeneral // The State of CAliFORNIA DEPARTment Of Justice also Dismissa

Ms K Harris ESQ Dismissal also in the Above case

County of Los Angeles District Attorney Ms J Lacey Dismissal also in The Above case

c)SARAH Lee OVERTON FiRm Judge FOX - Dismissus 3801 UNIVERSITY AVE 560 Riverside CA 92501

EXHIBIT B

HOMER B Crockett Jr UNITED STATES DISTRICT COURT