**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOMER E. CROCKETT, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. CV 18-1397 DSF (SS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 7/18/18

　　　　　　　　　　　　　　　/s/ Dale S. Fischer
　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE